Submitted on record and brief August 9, sentence vacated; remanded for resentencing; otherwise affirmed September 28, 2005

STATE OF OREGON,
*Respondent,*

*v.*

JEFFERY SCOTT MARTINA,
*Appellant.*

20-01-23691; A119119

120 P3d 495

Andrew S. Chilton, and Chilton, Ebbett & Rohr, LLC, filed the briefs for appellant.

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Bethany Cunningham, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Collins, Judge pro tempore.

PER CURIAM

Sentence vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005).